United States District Court
Southern District of Texas
**ENTERED**
February 24, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES CHRIS VICTORIAN, TDCJ #00597535, | § § § | |
| Petitioner, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:21-1374 |
| BOBBY LUMPKIN, | § § § | |
| Respondent. | § | |

## MEMORANDUM OPINION AND ORDER

The petitioner James Chris Victorian filed this habeas action seeking relief from a disciplinary conviction at the Estelle Unit on November 16, 2020, in disciplinary case number 20210051253. The Court dismissed his petition because Victorian could not demonstrate a constitutional violation. Dkt. 3; Dkt. 4. Victorian then filed a "motion to demonstrate to make parole without false disciplinary report and ineffective counsel substitute" (Dkt. 6). The Court construes his motion as a motion for reconsideration under Federal Rule of Civil Procedure 60(b).

Rule 60(b) is an uncommon means for relief, and final judgments should not be lightly reopened. *Lowry Dev., L.L.C. v. Groves & Associates Ins., Inc.*, 690 F.3d 382, 385 (5th Cir. 2012); s*ee Demahy v. Schwarz Pharma, Inc.*, 702 F.3d 177, 182 n.2 (5th Cir. 2012). A Rule 60(b) motion may not be used to raise arguments that could have been raised prior to judgment or to argue new legal theories. *Dial One of the Mid-S., Inc. v. BellSouth Telecommunications, Inc.*, 401 F.3d 603, 607 (5th Cir. 2005).

The Court's prior opinion determined, based on the petition and available public records, that Victorian is ineligible for release on mandatory supervision and that his disciplinary conviction did not result in the loss of previously earned good-time credit. The Court therefore concluded that Victorian could not demonstrate a constitutional violation in connection with his disciplinary conviction (Dkt. 3, at 3). Victorian's current motion argues that he is eligible for release on parole and that he has been harmed by the disciplinary conviction. These arguments are not directly relevant to the Court's holdings and do not demonstrate any basis for relief from the judgment under Rule 60(b).

Victorian's motion for reconsideration (Dkt. 6) is **DENIED**.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on    February 24   , 2022.

                                            GEORGE C. HANKS, JR.
                                     UNITED STATES DISTRICT JUDGE